O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-2314-AHM (RCx) | Date | June 8, 2009 |
|---|---|---|---|
| Title | SHAHROD BEHDJOU v. US BANCORP, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | Eduardo Martorell |
| | Lois Moonitz Jacobs |

**Proceedings:**   PLAINTIFF'S MOTION TO REMAND [14] (non-evidentiary)

    No appearance by plaintiff's counsel.  The Court will issue an order to show cause why Ms. Shidlovitsky should not be sanctioned in the amount of $250 for failure to appear at today's motion and scheduling conference and failure to notify clerk or opposing counsel as to any claimed inability to appear.

    Court issues tentative order without oral argument.  If the TILA claim is dismissed within a week, the Court will remand this action to state court.  Otherwise, the motion to remand is denied.

    Court and counsel confer regarding upcoming motions to dismiss.  The Court consolidates the hearing dates of both motions so that they will be heard at the same time on June 29, 2009 at 10:00 a.m.

|  | : | 05 |
|---|---|---|
|  | Initials of Preparer | SMO |