O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-2314-AHM (RCx) | Date | June 8, 2009 |
|---|---|---|---|
| Title | SHAHROD BEHDJOU v. US BANCORP, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | Eduardo Martorell |
| | Lois Moonitz Jacobs |

**Proceedings:** SCHEDULING CONFERENCE (non-evidentiary)

Scheduling conference held.

Court orders the dates as indicated on Scheduling and Case Management Order filed this date and refers this matter to Magistrate Judge Rosalyn Chapman for settlement purposes. Plaintiff shall notify Magistrate Judge Chapman immediately of the Court's referral and presumptive schedule and file a status report with this Court confirming same. At the conclusion of the mediation, plaintiff shall file another status report notifying the Court of the outcome.

|  | : | 05 |
|---|---|---|
| Initials of Preparer | | SMO |