O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2314 AHM (RCx) | Date | June 29, 2009 |
|---|---|---|---|
| Title | SHAHROD BEHDJOU V. US BANCORP, *et. al* | | |

| Present: The Honorable | A. Howard Matz | |
|---|---|---|
| S. Eagle | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| No Appearance | No Appearance | |

**Proceedings:**     In Chambers

The Court discharges the order to show cause dated June 16, 2009.

                                                                                                    :
                                                        Initials of Preparer     se