O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-2314-AHM (RCx) | Date | July 13, 2009 |
|---|---|---|---|
| Title | SHAHROD BEHDJOU v. U.S. BANCORP, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | Lois Moonitz Jacobs |
| | Eduardo Martorell |

**Proceedings:** **(1)** MOTION TO DISMISS CASE; DISMISS FIRST AMENDED COMPLAINT AND FOR A MORE DEFINITE STATEMENT FILED BY DEFENDANTS US BANCORP, US BANK NATIONAL ASSOCIATION [23]
**(2)** MOTION TO DISMISS AS TO DEFENDANT SECURED BANKERS MORTGAGE COMPANY FILED BY DEFENDANT SBMC MORTGAGE [24]
(non-evidentiary)

Court circulates tentative order without oral argument. For reasons stated on the record, the Court grants both motions to dismiss. Order to issue.

|  | : | 03 |
|---|---|---|
| Initials of Preparer | | SMO |